■ JOHN COLELLA et al., Appellants, v HOMER F. DONALDSON, Respondent. [690 NYS2d 385] —Order unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in granting defendant's motion for summary judgment dismissing the complaint. Defendant and John Colella (plaintiff) were installing a monorail system at the factory of plaintiff's employer, which was to furnish any necessary personnel and hoisting equipment. Plaintiff injured his back while assisting defendant in lifting one end of a beam and commenced this action asserting the violation of Labor Law § 200 and common-law negligence. Because defendant controlled the manner and method of

plaintiff's work, he owed a duty to exercise reasonable care for plaintiff's safety with respect to both Labor Law § 200 and common-law negligence (*see, Russin v Picciano & Son*, 54 NY2d 311, 316-317; *Zachara v Occidental Chem. Corp.*, 144 AD2d 926; *cf., Kanney v Goodyear Tire & Rubber Co.*, 245 AD2d 1034; *Smith v Cassadaga Val. Cent. School Dist.*, 178 AD2d 955, 957). Because defendant failed to meet his burden of establishing that he was not negligent as a matter of law, the motion must be denied (*see, Amann v Key Foods Supermarkets*, 196 AD2d 759; *see also, Walsh v Amherst Constr. Co.*, 226 AD2d 1053). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.